**Order filed November 7, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00870-CV

_____

**O.A.O., Appellant**

**V.**

**R.S.O., Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-76763**

---

## O R D E R

The clerk's record was filed January 12, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellant's request for the reporter's record if such a document was filed with the trial court.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before November 14, 2022, containing appellant's request for the reporter's record if such a document was filed with the trial court.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Bourliot, Hassan, Wilson.